IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENDA SUE GARDNER, Individually and As Personal Representative of The Estate of Jacob Gardner; and DAVID GARDNER,<br><br>Plaintiffs,<br><br>vs.<br><br>FREDERICK D. FRANKLIN, DONALD W. KLEINE, DOUGLAS COUNTY ATTORNEY'S OFFICE, Douglas County, Nebraska; and DOES 1 & 2,<br><br>Defendants. | 4:21CV3145<br><br>**SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendants, and Defendants has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until November 29, 2021 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 8th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge