IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NERBASKA

| | |
|---|---|
| GLENDA SUE GARDNER, Individually and as Personal Representative of the Estate of JACOB GARDNER, and DAVID GARDNER,<br><br>Plaintiffs,<br><br>vs.<br><br>FREDERICK D. FRANKLIN, DONALD W. KLEINE, DOUGLAS COUNTY ATTORNEY'S OFFICE, DOGULAS COUNTY, NERBASKA, and DOES 1 & 2,<br><br>Defendants. | Case No. 4:21-CV-03145<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW Defendants Frederick D. Franklin and Does 1 & 2 (Defendants), by and through their counsel, and move this Court for an Order permitting Daniel J. Gutman to withdraw as counsel of record for Defendants. In support of this motion, the undersigned shows that Daniel J. Gutman is leaving Fraser Stryker PC LLO. Defendants will continue to be represented by Patrick S. Cooper and Steven R. Hogan of Fraser Stryker PC LLO. The withdrawal should not have any effect on the continued representation of Defendants.

WHEREFORE, Defendants move for an Order granting Daniel J. Gutman leave to withdraw as counsel of record for Defendants and request that Daniel J. Gutman be removed from all service lists in the above-captioned matter.

Respectfully submitted,

FREDERICK D. FRANKLIN and DOES 1 AND 2, Defendants

BY: /s/ Daniel J. Gutman
Patrick S. Cooper, #22399
Daniel J. Gutman, #26039
Steven R. Hogan, #26045
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
pcooper@fraserstryker.com
dgutman@fraserstryker.com
shogan@fraserstryker.com
ATTORNEYS FOR DEFENDANTS
FREDERICK D. FRANKLIN AND
DOES 1 AND 2