IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENDA SUE GARDNER, Individually and As Personal Representative of The Estate of Jacob Gardner; and DAVID GARDNER,<br><br>Plaintiffs,<br><br>vs.<br><br>FREDERICK D. FRANKLIN, DONALD W. KLEINE, DOUGLAS COUNTY ATTORNEY'S OFFICE, Douglas County, Nebraska; and DOES 1 & 2,<br><br>Defendants. | 4:21CV3145<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Daniel J. Gutman, as counsel of record for Defendants, Frederick D. Franklin and Does 1 & 2 (Filing No. 25), is granted. Daniel J. Gutman shall no longer receive electronic notice in this case.

Dated this 3rd day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge