IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENDA SUE GARDNER, Individually and as Personal Representative of the Estate of Jacob Gardner, and DAVID GARDNER,, <br><br>Plaintiffs,<br><br>vs.<br><br>FREDERICK D. FRANKLIN, et al.,<br><br>Defendants. | 4:21-CV-3145 <br><br> JUDGMENT |

For the reasons stated in the accompanying memorandum and order, the plaintiffs' complaint is dismissed.

Dated this 31st day of May, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge