# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2316

Glenda Sue Gardner, Individually and As Personal Representative of The Estate of Jacob Gardner and David Gardner

Appellants

v.

Frederick D. Franklin, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:21-cv-03145-JMG)

---

**MANDATE**

In accordance with the opinion and judgment of March 9, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 31, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit